# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 13-16195, 13-16598, 13-16749 |
| Case Title | Gutierrez, et al. v. Wells Fargo Bank, N.A. |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | 10/08/2014 | Time | 2:30 PM | Courtroom | 1 |
| Location | James R. Browning Courthouse, 95 Seventh St., San Francisco, CA 94103 | | | | |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Michael W. Sobol |
| Address | Lieff Cabraser Heimann & Bernstein, LLP<br>275 Battery St., 29th Floor |
| City | San Francisco |
| State | CA |
| Zip Code | 94111 |
| Phone | 415-956-1000 |
| Email Address | msobol@lchb.com |
| Party/parties represented | Veronica Gutierrez and Erin Walker |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | /s/ Michael W. Sobol | Date | 9/23/2014 |

## Filing Instructions

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight*: James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190